**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1943**

In Re:  RONALD FONTANES,

                    Petitioner.

On Petition for Extraordinary Writ under the All Writs Act.
(1:04-cv-00043-LMB-L0)

Submitted:  November 13, 2008      Decided:  November 18, 2008

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Ronald Fontanes, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Fontanes petitions for an extraordinary writ pursuant to the All Writs Act, 28 U.S.C. § 1651(a) (2000). We find that relief is not warranted. Accordingly, while we grant Fontanes leave to proceed in forma pauperis, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED